EDGAR O. HAYES, RELATOR, v. ALBERT S. BLANK, ENGINEER OF THE TOWN OF BELLEVILLE, RESPONDENT.

Submitted June 5, 1924—Decided September 29, 1924—Filed October 7, 1924.

**Ordinances—Zoning—Case Falls Under the Ignaciunas Case.**

On rule to show cause for *mandamus.*

Before Justices KALISCH, BLACK and CAMPBELL.

For the relator, *Winne & Banta.*

For the respondent, *Harold A. Miller.*

PER CURIAM.

This is upon a rule to show cause why a *mandamus* should not be issued directed to respondent, requiring him to issue to relator a building permit for the erection of a garage on the northerly side of John street, in Belleville. The only

reason assigned for refusal to issue the permit is that a building to be used for such purposes at the proposed location is prohibited by the zoning ordinance of Belleville. An examination of the case satisfies us that the proposed location and the uses to which the surrounding lands are devoted does not make such prohibition in the ordinance necessary for the protection of the public health of public safety. It therefore is unreasonable and falls under the rule of *Ignaciunas* v. *Risley*, 1 *N. J. Adv. R.* 1023.

A peremptory writ of *mandamus* is therefore awarded. with costs.